[No. 41145-4-I.    Division One.    March 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND
SIMUEL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-01368-9, Linda Lau, J., entered August 4,
1997. *Affirmed* by unpublished opinion per Webster, J.,
concurred in by Agid, A.C.J., and Coleman, J.


[No. 41387-2-I.    Division One.    March 1, 1999.]

LAURENCE ROBERTSON, ET AL., *Appellants*, v. HELEN ADAMS,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-11744-9, Robert H. Alsdorf, J., entered
October 18, 1996. *Affirmed* by unpublished opinion per El-
lington, J., concurred in by Coleman and Appelwick, JJ.


[No. 41522-1-I.    Division One.    March 1, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
BAXTER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-08042-6, Bobbe J. Bridge, J., entered
October 20, 1997. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Kennedy, C.J., and Webster, J.


[No. 41647-2-I.    Division One.    March 1, 1999.]

PUGET SOUND LEASING CO., INC., *Appellant*, v. ELECTRIC
LIGHTWAVE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-30652-7, Glenna Hall, J., entered October
22, 1997. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Kennedy, C.J., and Baker, J.